UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**MITCHELL R. GOLDMAN**

DEBTOR(S)

**BANKRUPTCY NO.
09-11129
SECTION "B"
CHAPTER 13**

## ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on January 6, 2010 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case *for failure to make plan payments* **(P-23).**

A response/objection was filed by counsel for the Debtor, in an abundance of caution. However, the Debtor was unable to bring the payments current. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, January 8, 2010.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE